UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DENNIS LANCASTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 10-3064 |
| | ) | |
| OFFICER RODNEY COX and | ) | PLAINTIFF DEMANDS |
| CITY OF JACKSONVILLE, | ) | TRIAL BY JURY |
| | ) | |
| Defendants. | ) | |

FILED
MAR 11 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JURY DEMAND

Plaintiff, DENNIS LANCASTER, by and through his attorney, Brandenburg-Rees & Rees, hereby requests a jury of twelve (12).

DENNIS LANCATER,

s/ Edmond H. Rees

By: _____
One of His Attorneys

Edmond H. Rees
Reg. No. 02301008
Brandenburg-Rees & Rees
205 W. Randolph St.
Suite 1240
Chicago, IL 60606
312-269-0820