**E-FILED**
Thursday, 03 June, 2010  04:40:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS LANCASTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 10-CV-3064 |
| | ) | |
| OFFICER RODNEY COX and | ) | |
| CITY OF JACKSONVILLE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT OFFICER COX'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE
SECOND AFFIRMATIVE DEFENSE**

NOW COMES the Defendant, Officer Rodney Cox, by and through his attorneys,

TORRICELLI & LIMENTATO, P.C. and for his Response to Plaintiff's Motion to Strike

Defendant Officer Cox's Second Affirmative Defense, states as follows:

**ARGUMENT**

1.      Motions to strike affirmative defenses are generally not favored and will not be

granted unless it appears to a certainty that the plaintiff would succeed despite any state of facts

which could be proved in support of the defense as inferred from the pleadings.  *Williams v.

Jader Fuel Co. Inc.*, 944 F.2d 1388, 1400 (7th Cir. 1991); *Tooley B. Wash. Group Int'l, Inc.*,

2010 U.S. Dist. LEXIS 3284, at *12 (C.D. Ill., January 14, 2010).

2.      Defendant's Answer to Plaintiff's Complaint contains an affirmative defense that

Defendant, Officer Cox, is entitled to all applicable immunities and defenses under the Illinois

Local Governmental and Governmental Employees Tort Immunity Act, 745 ILCS 10/1-101 et

seq., including but not limited to 745 ILCS 10/2-202.

3.      Under the pleading requirements of the Federal Rules of Civil Procedure Rule

8(c), Defendant, Officer Cox, is required to plead immunities and defenses under the Illinois

Local Governmental and Governmental Employees Tort Immunity Act or said defenses may be waived.

      4.      The Federal Rules of Civil Procedure Rule 8(e) requires only notice pleading.

      5.      Under the pleading requirements of the Federal Rules of Civil Procedure Rule 8(a), an affirmative defense is sufficient as long as it sets forth a short and plain statement that gives the plaintiff fair notice of the nature of the defendant's affirmative defense. *Lexington Ins. Co. v. Titan Intern., Inc.*, 2008 U.S. Dist. LEXIS 18504, at \*4, (C.D. Ill. March 10, 2008).

      6.      Plaintiff's Motion to Strike should be denied as Defendant's second affirmative defense is sufficient as a matter of law or presents a question of law or fact. *Heller Fin., Inc. v. Midwhey Powder Co.,* 883 F.2d 1286, 1294 (7th Cir. 1989). *See also Davis v. Harris*, 2006 U.S. Dist. LEXIS 82974, at \*6 (C.D. Ill. November 14, 2006).

      7.      Defendant's second affirmative defense complies with the Federal Rules of Civil Procedure and should not be stricken.

      WHEREFORE, Defendant, Officer Cox, requests that the Court (a) deny Plaintiff's motion to strike second affirmative defense, or (b) in the alternative, permit Defendant, Officer Cox, leave to amend his second affirmative defense pursuant to the Federal Rules of Civil Procedure Rule 15(a). Defendant, Officer Cox, further requests that the Court grant any other relief it deems just.

                    Respectfully submitted,

                    OFFICER RODNEY COX, Defendant

                    By: TORRICELLI & LIMENTATO

                    By: \_\_/s/ Nathaniel M. Schmitz_____
                        Nathaniel M. Schmitz

## **PROOF OF SERVICE**

TO:

Jacqueline Brandenburg-Rees
Brandenburg-Rees & Rees
205 W. Randolph Street, Ste 1240
Chicago, Illinois 60606

The undersigned does hereby certify that a true and correct copy of the above and foregoing **Defendant Officer Cox's Response To Plaintiff's Motion To Strike Second Affirmative Defense** was served upon the person named herein, at the address set forth herein, by enclosing the same in an envelope, properly addressed, with postage fully prepaid, and by depositing said envelope in a U. S. Mail Box in Champaign, Illinois on the 3rd day of June, 2010.

By: ___/s/ Nathaniel M. Schmitz_____
        Nathaniel M. Schmitz

Prepared by:
Nathaniel M. Schmitz of
TORRICELLI & LIMENTATO, P.C.
Attorney Registration #:  220590
2504 Galen Drive, Suite 101
Champaign, IL 61821
Telephone:  (217) 355-5510
Facsimile: (217) 355-5573
E-Mail: nschmitz@tllawfirm.com