E-FILED
Thursday, 03 June, 2010 04:41:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS LANCASTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 10-CV-3064 |
| | ) | |
| OFFICER RODNEY COX and CITY OF JACKSONVILLE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT OFFICER COX'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE THIRD AFFIRMATIVE DEFENSE**

NOW COMES the Defendant, City of Jacksonville, by and through its attorneys, TORRICELLI & LIMENTATO, P.C. and for its Response to Plaintiff's Motion to Strike Defendant City of Jacksonville's Third Affirmative Defense, states as follows:

**ARGUMENT**

1. Motions to strike affirmative defenses are generally not favored and will not be granted unless it appears to a certainty that the plaintiff would succeed despite any state of facts which could be proved in support of the defense as inferred from the pleadings. *Williams v. Jader Fuel Co. Inc.*, 944 F.2d 1388, 1400 (7th Cir. 1991); *Tooley B. Wash. Group Int'l, Inc.,* 2010 U.S. Dist. LEXIS 3284, at *12 (C.D. Ill., January 14, 2010).

2. Defendant's Answer to Plaintiff's Complaint contains an affirmative defense that Defendant, City of Jacksonville, is entitled to all applicable immunities and defenses under the Illinois Local Governmental and Governmental Employees Tort Immunity Act, 745 ILCS 10/1-101 et seq., including but not limited to 745 ILCS 10/2-109 and 745 ILCS 10/2-202.

3. Under the pleading requirements of the Federal Rules of Civil Procedure Rule 8(c), Defendant, City of Jacksonville, is required to plead immunities and defenses under the

Illinois Local Governmental and Governmental Employees Tort Immunity Act or said defenses may be waived.

4. The Federal Rules of Civil Procedure Rule 8(e) requires only notice pleading.

5. Under the pleading requirements of the Federal Rules of Civil Procedure Rule 8(a), an affirmative defense is sufficient as long as it sets forth a short and plain statement that gives the plaintiff fair notice of the nature of the defendant's affirmative defense. *Lexington Ins. Co. v. Titan Intern., Inc.*, 2008 U.S. Dist. LEXIS 18504, at *4, (C.D. Ill. March 10, 2008).

6. Plaintiff's Motion to Strike should be denied as Defendant's third affirmative defense is sufficient as a matter of law or presents a question of law or fact. *Heller Fin., Inc. v. Midwhey Powder Co.*, 883 F.2d 1286, 1294 (7th Cir. 1989). *See also Davis v. Harris*, 2006 U.S. Dist. LEXIS 82974, at *6 (C.D. Ill. November 14, 2006).

7. Defendant's third affirmative defense complies with the Federal Rules of Civil Procedure and should not be stricken.

WHEREFORE, Defendant, City of Jacksonville, requests that the Court (a) deny Plaintiff's motion to strike third affirmative defense, or (b) in the alternative, permit Defendant, City of Jacksonville, leave to amend its third affirmative defense pursuant to the Federal Rules of Civil Procedure Rule 15(a). Defendant, City of Jacksonville, further requests that the Court grant any other relief it deems just.

Respectfully submitted,

CITY OF JACKSONVILLE, Defendant

By: TORRICELLI & LIMENTATO

By: __/s/ Nathaniel M. Schmitz________
Nathaniel M. Schmitz

**PROOF OF SERVICE**

TO:

Jacqueline Brandenburg-Rees
Brandenburg-Rees & Rees
205 W. Randolph Street, Ste 1240
Chicago, Illinois 60606

The undersigned does hereby certify that a true and correct copy of the above and foregoing **Defendant City of Jacksonville's Response To Plaintiff's Motion To Strike Third Affirmative Defense** was served upon the person named herein, at the address set forth herein, by enclosing the same in an envelope, properly addressed, with postage fully prepaid, and by depositing said envelope in a U. S. Mail Box in Champaign, Illinois on the 3rd day of June, 2010.

By: __/s/ Nathaniel M. Schmitz_______
Nathaniel M. Schmitz

Prepared by:
Nathaniel M. Schmitz of
TORRICELLI & LIMENTATO, P.C.
Attorney Registration #: 220590
2504 Galen Drive, Suite 101
Champaign, IL 61821
Telephone: (217) 355-5510
Facsimile: (217) 355-5573
E-Mail: nschmitz@tllawfirm.com